UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

F & J Apartments, LLC, et al.,
*Plaintiffs*

v. NO. 4:18-cv-00010-SEB-DML

G. Robert Hall, et al.,
*Defendants*

---

**PLAINTIFFS' ANSWER TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS, PLESANT RIDGE REDEVELOPMENT, LLC'S COUNTERCLAIM AGAINST PLAINTIFFS/COUNTERCLAIM DEFENDANTS**

---

Come now the Plaintiffs, F & J Apartments, LLC, et al. (collectively "Plaintiffs"), by counsel, and for their Answer to the Defendants/Counterclaim Plaintiffs, Pleasant Ridge Redevelopment, LLC's ("PRR") Counterclaim Against Plaintiffs/Counterclaim Defendants, state as follows:

1. To the extent written agreements exist, the documents speak for themselves. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 1 of PRR's Counterclaim.

2. To the extent written agreements exist, the documents speak for themselves. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 2 of PRR's Counterclaim.

3. To the extent written agreements exist, the documents speak for themselves. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 3 of PRR's Counterclaim.

4. To the extent written agreements exist, the documents speak for themselves. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 4 of PRR's Counterclaim.

5. To the extent written agreements exist, the documents speak for themselves. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 5 of PRR's Counterclaim.

6. To the extent written agreements exist, the documents speak for themselves. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of PRR's Counterclaim.

7. To the extent written agreements exist, the documents speak for themselves. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 7 of PRR's Counterclaim.

8. To the extent written agreements exist, the documents speak for themselves. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8 of PRR's Counterclaim.

9. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of PRR's Counterclaim.

10. Plaintiffs deny the allegations set forth in paragraph 10 of PRR's Counterclaim.

11. Plaintiffs deny the allegations set forth in paragraph 11 of PRR's Counterclaim.

12. Plaintiffs deny the allegations set forth in paragraph 12 of PRR's Counterclaim.

13. Plaintiffs deny the allegations set forth in paragraph 13 of PRR's Counterclaim.

14. Plaintiffs deny the assertions set in paragraph 14 of PRR's Counterclaim.

**FIRST AFFIRMATIVE DEFENSE**

PRR's claims against Plaintiffs fail to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

PRR's claims against Plaintiffs are barred by the doctrine of illegality.

**THIRD AFFIRMATIVE DEFENSE**

PRR's claims against Plaintiffs are barred by the doctrine of fraud.

**FOURTH AFFIRMATIVE DEFENSE**

The Doctrines of Release and/or Waiver and/or Estoppel bar the PRR's claims.

**FIFTH AFFIRMATIVE DEFENSE**

PRR breached the contract, barring its claims.

**SIXTH AFFIRMATIVE DEFENSE**

PRR's claims fail because of lack of consideration.

**SEVENTH AFFIRMATIVE DEFENSE**

PRR's claims are barred under the doctrine of unclean hands.

/s/ J. David Agnew
J. David Agnew, #21531-49
LORCH NAVILLE WARD, LLC
506 State Street
P. O. Box 1343

New Albany, IN 47151-1343
(812) 949-1000
dagnew@lnwlegal.com
Attorneys for Plaintiffs

Matthew J. Schad, #20762-22
George A. Budd, V, #24571-29
SCHAD & SCHAD, P.C.
223 East Spring Street
New Albany, IN 47150
(812) 945-4555
mschad@schadlaw.com
gbudd@schadlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James L. Fischer, Jr., Jeffrey L. Hansford, Curtis P. Moutardier, Alex M. Ooley
BOEHL STOPHER & GRAVES, LLP
jfischer@bsg-in.com / jhansford@bsg-in.com / cmoutardier@bsg-in.com / aooley@bsg-in.com
*Attorney for G. Robert Hall, M. Anthony Jackson, Eric Vaughn, Ted Little, Mike Vaughn, Brian Hester, George Roberts, City of Charlestown, Indiana, Charlestown Board of Public Works and Safety, and Charlestown, Indiana Redevelopment Commission*

Michael A. Gillenwater
411 Watt Street
Jeffersonville, IN 47130
michael@gillenwater.us
*Attorney for G. Robert Hall, M. Anthony Jackson, Eric Vaughn, Ted Little, Mike Vaughn, Brian Hester, George Roberts, City of Charlestown, Indiana, Charlestown Board of Public Works and Safety, and Charlestown, Indiana Redevelopment Commission*

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP
jlowe@kglaw.com
*Attorney for Defendants, Pleasant Ridge Redevelopment, LLC, Neace Ventures, LLC, John Neace, John Hampton, and Neace Enterprises, LLC*

C. Gregory Fifer
APPLEGATE FIFER PULLIAM LLC
428 Meigs Avenue

Jeffersonville, IN  47130
*Attorney for Defendants, Pleasant Ridge Redevelopment, LLC, Neace Ventures, LLC, John Neace, and*
*John Hampton*

/s/ J. David Agnew
J. David Agnew