# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| F & J APARTMENTS, LLC, et al.,    )<br>                                                            )<br>    PLAINTIFFS                                 )<br>                                                            )<br>v.                                                         )     Cause No. 4:18-CV-00010-SEB-DML<br>                                                            )<br>G. ROBERT HALL, Individually and in his  )<br>Official Capacity as Mayor of the City of    )<br>Charlestown, Indiana, et al.,                      )<br>                                                            )<br>    DEFENDANTS                           )| |

## STIPULATION OF DISMISSAL

Come now Plaintiff/Counterclaim Defendants F & J Apartments, LLC, Brown Rental Properties, LLC, Cooley Property Management, LLC, Gregory Development, LLC, Josh Gregory, Greg Yeager, Kenneth T. Westmoreland, Jr. and Michelle R. Westmoreland, Matthew Shultz, Lisa Shultz, Dale May, Kirk Brown, Maria Sanchez, and Manuel Hernandez, Defendants/Cross claim Defendants City of Charlestown, Indiana, Charlestown Board of Public Works and Safety and Charlestown Indiana Redevelopment Commission, G. Robert Hall, Individually and in his Official Capacity as Mayor of the City of Charlestown, Indiana, M. Anthony Jackson, Individually and in his Official Capacity as Building Commissioner for the City of Charlestown, Indiana, Eric Vaughn, Individually and as a Member of the Charlestown City Council, Ted Little, Individually and as a Member of the Charlestown City Council, Mike Vaughn, Individually and as a Member of the Charlestown City Council, Brian Hester, Individually and as a Member of the Charlestown City Council, George Roberts, Individually and as a Member of the Charlestown Indiana Redevelopment Commission and Ben Ledbetter, Individually and as a

Director of City Services for the City of Charlestown, and Defendants/Cross claim Plaintiffs/Counterclaim Plaintiff Pleasant Ridge Redevelopment, LLC, Neace Ventures, LLC, Neace Enterprises, LLC, John Neace, and John Hampton, by their respective counsel, and stipulate and agree to the dismissal of all claims, cross claims, and counter-claims in this action, with prejudice, costs paid.

Respectfully submitted,                              Respectfully submitted,

/s/ J. David Agnew                                   R. Jeffrey Lowe
J. David Agnew                                       R. Jeffrey Lowe
Attorney No. 21531-49                                Attorney No. 21508-22
LORCH NAVILLE WARD LLC                               KIGHTLINGER & GRAY, LLP
506 State Street                                     2700 Market Tower
P.O. Box 1343                                        3620 Blackiston Blvd., Suite 200
New Albany, IN  47151-1343                           Bonterra Building
Phone:  (812) 949-1000                               New Albany, IN 47150
Fax:  (812) 949-3773                                 Telephone:  (812) 949-2300
E-mail:  dagnew@lnwlegal.com                         Fax:  (812) 949-8556
                                                     Email:  jlowe@k-glaw.com
and                                                  *Attorneys for Defendants, John F. Neace;*
                                                     *John Hampton; Pleasant Ridge*
Matthew J. Schad                                     *Redevelopment, LLC; Neace Ventures, LLC*
Attorney No. 20762-22                                *and Neace Enterprises, LLC*
George A. Budd, V
Attorney No. 24571-29                                and
SCHAD & SCHAD, P.C.
223 East Spring Street                               C. Gregory Fifer
New Albany, IN  47150                                Attorney No. 8121-98
Telephone:  (812) 945-4555                           Jackie R. Clowers
Fax:  (812) 945-5335                                 Attorney No. 31700-22
Email:  mschad@schadlaw.com                          APPLEGATE FIFER PULLIAM LLC
Email:  gbudd@schadlaw.com                           428 Meigs Avenue
*Attorneys for Defendants, F & J Apartments,*        Jeffersonville, IN  47130
*LLC; Brown Rental Properties, LLC; Cooley*          Telephone:  (812) 284-9499
*Property Management LLC; Gregory*                   Fax:  (812) 282-7199
*Developments, LLC; Josh Gregory; Gregory*           Email:  gfifer@afpfirm.com
*Yeager; Matthew Shultz; Kenneth T.*                 Email:  jclowers@afpfirm.com
*Westmoreland, Jr.; Michelle R.*                     *Attorneys for Defendants, John F. Neace;*
*Westmoreland;*                                      *John Hampton; Pleasant Ridge*
*Lisa Shultz; Dale May; Kirk Brown; Maria*           *Redevelopment, LLC; Neace Ventures, LLC*
*Sanchez; and Manuel Hernandez*                      *and Neace Enterprises, LLC*

2

*/s/ Curtis P. Moutardier*
Curtis P. Moutardier
Attorney No. 23692-22
Jeffrey L. Hansford
Attorney No. 11572-10
Alex M. Ooley
Attorney No. 34719-22
BOEHL STOPHER & GRAVES, LLP
400 Pearl Street, Suite 204
New Albany, IN 47150
Telephone:  (812) 948-5053
Fax:  (812) 948-9233
Email:  cmoutardier@bsg-in.com
Email:  jhansford@bsg-in.com
Email:  aooley@bsg-in.com
*Attorneys for Defendants City of Charlestown, Indiana; Charlestown Board of Public Works and Safety; G. Robert Hall, Individually as Mayor of Charlestown, Indiana; M. Anthony Jackson, Individually and as Building Commissioner; Eric Vaughn, Individually and as a Member of the Charlestown City Council; Ted Little, Individually and as a Member of the Charlestown City Council; Mike Vaughn, Individually and as a Member of the Charlestown City Council; Brian Hester, Individually and as a Member of the Charlestown City Council; George Roberts, Individually and as a Member of the Charlestown Indiana Redevelopment Commission; Ben Ledbetter, Individually and as a Director of City Services for the City of Charlestown; and Charlestown Indiana Redevelopment Commission*