# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | | |
|---|---|---|
| F & J APARTMENTS, LLC, et al., | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | Cause No. 4:18-CV-00010-SEB-DML |
| | ) | |
| G. ROBERT HALL, Individually and in his Official Capacity as Mayor of the City of Charlestown, Indiana, et al., | ) ) ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER OF DISMISSAL

Plaintiff/Counterclaim Defendants F & J Apartments, LLC, Brown Rental Properties, LLC, Cooley Property Management, LLC, Gregory Development, LLC, Josh Gregory, Greg Yeager, Kenneth T. Westmoreland, Jr. and Michelle R. Westmoreland, Matthew Shultz, Lisa Shultz, Dale May, Kirk Brown, Maria Sanchez, and Manuel Hernandez, Defendants/Cross claim Defendants City of Charlestown, Indiana, Charlestown Board of Public Works and Safety and Charlestown Indiana Redevelopment Commission, G. Robert Hall, Individually and in his Official Capacity as Mayor of the City of Charlestown, Indiana, M. Anthony Jackson, Individually and in his Official Capacity as Building Commissioner for the City of Charlestown, Indiana, Eric Vaughn, Individually and as a Member of the Charlestown City Council, Ted Little, Individually and as a Member of the Charlestown City Council, Mike Vaughn, Individually and as a Member of the Charlestown City Council, Brian Hester, Individually and as a Member of the Charlestown City Council, George Roberts, Individually and as a Member of the Charlestown Indiana Redevelopment Commission and Ben Ledbetter, Individually and as a Director of City Services for the City of Charlestown, and Defendants/Cross claim Plaintiffs/Counterclaim Plaintiff Pleasant

Ridge Redevelopment, LLC, Neace Ventures, LLC, Neace Enterprises, LLC, John Neace, and John Hampton, whereby they agreed and stipulated to the dismissal of all claims, cross claim, and counter-claims in the foregoing cause of action, with prejudice, costs paid, and the Court having examined said Stipulation and being duly advised in the premises now finds that said Stipulation is meritorious and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that this action is hereby dismissed, with prejudice, costs paid.

Dated: 2/5/2020

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Service to all counsel of record via CM/ECF.

180228\5897464-1